IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MARTREY BASS,

       Appellant,

v.

STATE OF FLORIDA,

       Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4124

_____/

Opinion filed January 5, 2017.

An appeal from the Circuit Court for Leon County.
Frank E. Sheffield, Judge.

Richard A. Greenberg of Greenberg, Kirk & Caldwell, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Robert "Charlie" Lee, Assistant Attorney General, Tallahassee, for Appellee.


PER CURIAM.

       AFFIRMED.

ROBERTS, C.J., ROWE, and MAKAR, JJ., CONCUR.